IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-187-RLV-DCK

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| W3 CONSTRUCTION, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Plaintiff MCI Communications Services, Inc.'s "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed May 19, 2010 regarding James J. Proszek, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, James J. Proszek of the law firm of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., is a member in good standing of the Bar of the State of Oklahoma and is admitted to practice in other Courts.

It further appears that Mr. Proszek Rule has associated Martin L. White of Johnston, Allison & Hord, P.A. as local counsel.

**IT IS THEREFORE ORDERED** that James J. Proszek be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Plaintiff MCI Communications Services, Inc.

Signed: May 19, 2010

David C. Keesler
United States Magistrate Judge