# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

MCI COMMUNICATIONS SERVICES, INC.   )
  )
        Plaintiff   )
  )
v.   )
  )   Civil Action No. 3:10-cv-00187
W3 CONSTRUCTION, LLC   )
  )
        Defendant   )
  )

## <u>ANSWER</u>

Defendant, W3 Construction, LLC, answering plaintiff's complaint, alleges and says:

1. Defendant is without knowledge or information sufficient to justify a belief as to the truth of the allegations in paragraph 1 and the same are accordingly denied.

2. The allegations in paragraph 2 are admitted.

3. The allegations in paragraph 3 are admitted.

4. Answering the allegations in paragraph 4, it is admitted upon information and belief that diversity of citizenship exists. This defendant is without knowledge or information sufficient to justify a belief as to the truth of the remaining allegations in paragraph 4 and the same are accordingly denied.

5. The allegations in paragraph 5 are admitted.

6. Defendant is without knowledge or information sufficient to justify a belief as to the truth of the allegations in paragraph 6 and the same are accordingly denied.

7. Defendant is without knowledge or information sufficient to justify a belief as to the truth of the allegations in paragraph 7 and the same are accordingly denied.

1

8. Defendant realleges and incorporates by reference the allegations in paragraphs 1-7.

9. The allegations in paragraph 9 are denied.

10. The allegations in paragraph10 are denied.

11. The allegations in paragraph 11 are denied.

12. The allegations in paragraph 12 are denied.

13. Defendant realleges and incorporates by reference the allegations in paragraphs 1-12.

14. The allegations in paragraph 14 are denied.

15. The allegations in paragraph 15 are denied.

16. The allegations in paragraph 16 are denied.

WHEREFORE, having fully answered plaintiff's complaint, defendant prays for the following:

1. That plaintiff's action be dismissed.

2. That the costs of this action be assessed against the plaintiff.

3. For trial by jury.

4. For such other and further relief as may be deemed just and proper.

Respectfully submitted on this _16_ day of July, 2010.

Lawrence J. Goldman
JONES, HEWSON & WOOLARD
831 E. Morehead St.
Suite 560
Charlotte, NC 28202
(704) 372-6541
(704) 331-9068 (fax)
lgoldman@jhandw.com
*Attorney for Defendant W3 Construction, LLC*

2

## CERTIFICATE OF SERVICE

I, Lawrence J. Goldman, hereby certify that the foregoing Answer has been filed and

served electronically on this the _16_ day of July, 2010 upon all counsel of record and is

available for viewing on the Court's ECF system.

Martin L. White
Johnston Allis & Hord, PA
1065 East Morehead Street
Charlotte, NC 28204

Brandon B. Rule
James J. Proszek
Hall Estill Hardwick Gable
  Golden & Nelson, PC
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

_____
Lawrence J. Goldman

3