# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:10-CV-187-RLV-DCK

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC., ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| W3 CONSTRUCTION, LLC, ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Stay Initial Attorney's Conference" (Document No. 12). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate disposition is appropriate. The Court notes that the motion does not indicate that the requirement of consultation pursuant to Local Rule 7.1(B) has been met. Nevertheless, having considered the motion, the record, and good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Stay Initial Attorney's Conference" (Document No. 12) is **GRANTED**. The parties shall conduct an Initial Attorney's Conference on or before **August 31, 2010**.

Signed: July 23, 2010

David C. Keesler
United States Magistrate Judge