# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MCI COMMUNICATIONS SERVICES, INC.　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　) Civil Action No: 3:10-cv-00187
　　　　　　　　　　　　　　　　　　　)
W3 CONSTRUCTION, LLC.　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

W3 Construction, LLC , who is defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity ?
   ( ) Yes ( X ) No

2. Does party have any parent corporations ?
   ( ) Yes ( X ) No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:_____

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity ?
   ( ) Yes ( X ) No
   If yes, identify all such owners:_____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation ?
   ( ) Yes ( X ) No
   If yes, identify entity and nature of interest:_____

_____　　　　　　　　7-26-10
(Signature)　　　　　　　　　　　　　　　(Date)

(02/01)