IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-187-RLV-DCK

| | |
|---|---|
| MCI COMMUNICATIONS SERVICES, INC., ) ) Plaintiff, ) ) v. ) ) W3 CONSTRUCTION, LLC, et al., ) ) ) Defendant. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Stay Initial Attorneys' Conference" (Document No. 24) filed August 26, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, and noting the consent of opposing counsel and good cause shown, the undersigned will <u>grant</u> the motion, with modification.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Stay Initial Attorneys' Conference" (Document No. 24) is **GRANTED,** with modification. The parties shall conduct an Initial Attorney's Conference on or before **September 30, 2010**.

Signed: August 31, 2010

David C. Keesler
United States Magistrate Judge