# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| MCI COMMUNICATIONS SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:10-cv-00187 |
| v. | ) ) | |
| W3 CONSTRUCTION, LLC, | ) ) | |
| Defendant/ Third-Party Plaintiff, | ) ) | **SUGGESTION OF BANKRUPTCY** |
| v. | ) ) | |
| THOMPSON GRADING, INC. and/or THOMPSON GRADING, LLC, | ) ) ) ) | |
| Third-Party Defendant. | ) ) | |

**PLEASE TAKE NOTICE** that, on May 28, 2010 (the "Petition Date"), Thompson Grading, Inc. ("Debtor"), filed a Chapter 7 petition with the United States Bankruptcy Court for the District of South Carolina (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Debtor's Chapter 7 case is now pending before the Honorable Helen E. Burris, United States Bankruptcy Judge, and is being jointly administered under the caption *In re Thompson Grading, Inc.,* Chapter 7 Case No. 10-03857-hb.

**PLEASE TAKE FURTHER NOTICE** that as of the Petition Date, no cause of action arising prior to, or relating to the period prior to, the Petition Date, including this action, may be commenced or prosecuted against the Debtor, without the Bankruptcy Court first issuing an order lifting or modifying the automatic stay for such specific purpose. Pursuant to Section 362 of the United States Bankruptcy Code, an automatic stay is imposed upon the filing of a Chapter 7 petition; "the commencement or continuation . . . of a judicial, administrative or other action or proceeding against the debtor that was or could have been commenced before the commencement of the [bankruptcy] case under this title, or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case . . . ." 11 U.S.C. § 362(a).

-1-

CLAWSON & STAUBES, PLLC

s/ Brian E. Wolfe
Brian E. Wolfe
NC Bar No.: 34297
756 Tyvola Road, Suite 130
Charlotte, NC 28217
(704) 940-9128
bwolfe@clawsonandstaubes.com
*Attorney for Third-Party Defendant*
*Thompson Grading, Inc.*

Charlotte, North Carolina
6th day of October, 2010.

-2-

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true copy of the foregoing pleading has been electronically filed with the Clerk of District Court using the CM/ECF system which will automatically send notification of such filing to the following :

    Martin L. White, Esquire
    Johnston, Allison & Hord, P.A.
    Post Office Box 36469
    Charlotte, North Carolina  28236
    *Attorney for Plaintiff*

    Lawrence J. Goldman, Esquire
    Jones, Hewson & Woolard
    831 East Morehead St, Suite 560
    Charlotte, North Carolina 28202
    *Attorney for Defendant/ Third-Party Plaintiff*


    This the 6th day of October.


                    CLAWSON & STAUBES, PLLC

                    <u>s/ Brian E. Wolfe</u>
                    Brian E. Wolfe
                    NC Bar No.: 34297
                    756 Tyvola Road, Suite 130
                    Charlotte, NC 28217
                    (704) 940-9128
                    bwolfe@clawsonandstaubes.com
                    *Attorney for Third-Party Defendant*

-3-