**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:10-CV-187-RLV-DCK**


| | | |
|---|---|---|
| **MCI COMMUNICATIONS SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **W3 CONSTRUCTION, LLC, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

      **THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Fourth Motion To Stay Initial Attorneys' Conference" (Document No. 36) filed November 30, 2010. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, and noting the consent of opposing counsel and good cause shown, the undersigned will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that "Plaintiff's Fourth Motion To Stay Initial Attorneys' Conference" (Document No. 36) is **GRANTED**. The parties shall conduct an Initial Attorney's Conference on or before **December 30, 2010**. Further extensions are unlikely.


Signed: November 30, 2010


David C. Keesler
United States Magistrate Judge